DYK, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

**Ordered and Adjudged:**

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**AERO–STREAM, LLC, Plaintiff–Cross–Appellant**

v.

**SEPTICAIRAID, LLC, Artie Zabel, Defendants–Appellants.**

**Nos. 2015–1569, 2015–1542.**

United States Court of Appeals, Federal Circuit.

Jan. 13, 2016.

S. Edward Sarskas, Michael Best & Friedrich, LLP, Milwaukee, WI, for plaintiff-cross-appellant.

Michael T. Hopkins, IP–LitigationUS, LLC, Milwaukee, WI, for defendants-appellants.

NEWMAN, LOURIE, and BRYSON, Circuit Judges.

---

**RADIO SYSTEMS CORPORATION, Innotek, Inc., Plaintiffs–Appellees**

v.

**Tom LALOR, Defendant–Appellant.**

**No. 2015–1311.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2016.

Roy Bradford Brittian, Merchant & Gould, PC, Knoxville, TN, argued for plaintiffs-appellees. Also represented by John T. Winemiller, Ian G. McFarland; Rachel C. Hughey, Minneapolis, MN.

Philip P. Mann, Mann Law Group, Seattle, WA, argued for defendant-appellant. Also represented by Timothy John Billick, I; John Whitaker, Whitaker Law Group, Seattle, WA.